**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Saul GARCIA–BENITEZ, a/k/a Mario,**
**Defendant–Appellant.**

**No. 09–7221.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 12, 2010.

Decided: Jan. 13, 2011.

Saul Garcia–Benitez, Appellant Pro Se. Donald Ray Wolthuis, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saul Garcia–Benitez appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction of sentence based on Amendment 706 to the United States Sentencing Guidelines. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Garcia–Benitez*, No. 5:06–cr–00046–GEC–3 (W.D.Va. June 5, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*